UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| PAUL REYES, | ) Case No.: |
| Plaintiff, | ) |
| vs. | ) |
| | ) COMPLAINT |
| IC SYSTEM, INC. | ) |
| Defendant. | ) |

Plaintiff, Paul Reyes (hereinafter "Plaintiff"), hereby alleges:

## PRELIMINARY STATEMENT

1. This is an action for damages arising from Defendant's violations of the Fair Debt Collection Practices Act, 15 U.S.C. §1692 *et seq.* (hereinafter "FDCPA").

## JURISDICTION AND VENUE

2. This Court has jurisdiction over this action pursuant to 28 U.S.C. §1331 and 15 U.S.C. §1692k(d).

3. Venue is proper in this district under 28 U.S.C §1391(b).

## PARTIES

4. Plaintiff Paul Reyes is a natural person, who at all relevant times has resided in Norwalk, Connecticut and is a "consumer" as the phrase is defined and applied under 15 U.S.C. §1692(a) of the FDCPA.

5. Defendant IC System, Inc. ("ICS") is a corporation doing business in the State of Connecticut, with its corporate address as 444 Highway 96 East, St. Paul, Minnesota 55127 and is a "debt collector" as the phrase is defined and applied under 15 U.S.C. §1692(a) in that they regularly attempt to collect on debts primarily incurred for personal, family or household purposes.

## FACTUAL STATEMENT

6. The FDCPA was enacted to prevent debt collectors from engaging in abusive tactics in order to collect debts from generally unsophisticated consumers.

7. On a date better known by Defendant, Plaintiff became delinquent on an account for personal, household, or familial use from a personal cable bill with DirecTV.

8. On a date better known by Defendant, Defendant began collecting on Plaintiff's account on behalf of DirecTV.

9. On June 1, 2019, Plaintiff reviewed his credit report and noticed a credit entry from ICS seeking to collect $254.

10. Within the same credit report, a credit entry from another debt collector, Receivables Performance Management ("RPM") also sought $254 from Plaintiff.

11. Because both RPM and ICS were collecting on the same debt originating from DirecTV for the identical sum of $254. Plaintiff's credit score was impacted twice as much as it should have with two negative entries instead of one.

12. Further, because both RPM and ICS listed a balance for the same account, Plaintiff's debt to income ratio was made to appear as though Plaintiff had twice the debt.

13. By negatively effecting Plaintiff's score, representing Plaintiff as twice delinquent, and owing double, ICS engaged in false, deceptive, and misleading conduct.

# COUNT I
## VIOLATIONS OF THE FAIR DEBT COLLECTION PRACTICES ACT
## 15 U.S.C. §1692 *et seq.*

14. Plaintiff repeats the allegations contained in the above paragraphs and incorporates them as if specifically set forth at length herein.

15. Defendant's false and deceptive representations concerning Plaintiff violates 15 USC § 1692e(10) of the FDCPA.

WHEREFORE, Plaintiff, Paul Reyes, respectfully requests that this Court enter judgment against Defendant for statutory and actual damages, costs, and attorney's fees.

## JURY TRIAL DEMAND

16. Plaintiff demands a jury trial on all issues so triable.

Dated this 5th of August, 2019.

    Respectfully Submitted,

    */s/Daniel Zemel*
    Daniel Zemel, Esq.
    Zemel Law LLC
    ZEMEL LAW, LLC
    1373 Broad St. Suite 203C
    Tel: (862) 227-3106
    Email: dz@zemellawllc.com
    Attorney for Plaintiff