U.S. DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| PAUL REYES,<br>    *Plaintiff,* | )<br>)    CASE NO: 3:19-cv-01206-JAM<br>) |
| V. | )<br>) |
| IC SYSTEM, INC.,<br>    *Defendant.* | )   JANUARY 14, 2020<br>) |

### DEFENDANT IC SYSTEM, INC.'S
### MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT

Pursuant to Fed. R. Civ. P. 12(b)(6), 12(b)(7), Fed. R. Civ. P. 19(a), and D. Conn. L. Civ. R. 7, Defendant IC System, Inc. ("Defendant") respectfully moves to dismiss Plaintiff's First Amended Complaint ("FAC") for failure to state a claim and failure to name all necessary and indispensable parties.

Plaintiff's allegations against Defendant in his First Amended Complaint ("FAC") still fail to state a claim upon which relief may be granted. As this Court previously held, a duplicate credit entry cannot be the basis of a claim pursuant to 15 U.S.C. §§ 1692 *et seq.* of the Fair Debt Collection Practices Act ("FDCPA"). Additionally, Plaintiff fails to name all necessary and indispensable parties, including one or more Credit Reporting Agencies known by Plaintiff concerning their failure to delete the tradeline of the first debt collector.

The accurate reporting of a debt, even if duplicated, does not implicate the FDCPA. In response to dismissal of the original complaint on the same grounds, Plaintiff's amended allegations are substantively unchanged. The only relevant changes are: (1) the allegation that ICS was the second to report the debt; and (2) tortured new claims that the same allegations now satisfy other prohibitions in 1692(d), 1692(e), and 1692(f). In a situation where a second debt collector receives a debt, however, it is ultimately the responsibility of the credit-reporting

agency to correct any prior reports.  The current debt collector should be permitted to report, and once collected, appropriately adjust the credit entry.  As such, Plaintiff's FAC must be dismissed.

As set forth it the contemporaneously filed supporting memorandum of law, because Plaintiff's allegations do not give rise to a claim pursuant to 15 U.S.C. § 1692, and because Plaintiff has failed to name all necessary and indispensable parties, the FAC must be dismissed.

WHEREFORE, Defendant IC System, Inc. respectfully requests that the Court grant its Motion and dismiss the First Amended Complaint in its entirety with prejudice.

        RESPECTFULLY SUBMITTED,
        DEFENDANT,
        IC SYSTEM, INC.

By  */s/ Thomas C. Blatchley*
    Thomas C. Blatchley
    Andrew D. Bullard
    Gordon & Rees Scully Mansukhani, LLP
    95 Glastonbury Boulevard, Suite 206
    Glastonbury, CT 06033
    Phone: 860-494-7525
    Fax: 860-560-0185
    Email: tblatchley@grsm.com
    Email: abullard@grsm.com

## **CERTIFICATION**

I hereby certify that on this 14th day of January, 2020, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filings. Parties may access this filing through the Court's CM/ECF System.

/s/ Thomas C. Blatchley_____
Thomas C. Blatchley